Argued April 19, affirmed April 19, 1972

STATE OF OREGON, *Respondent, v.* MONA LOUISE ALLISON (No. 14-000), *Appellant.*

495 P2d 768

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.